**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-01873-RBJ-KLM

CHOICE HOTELS INTERNATIONAL, INC., a Delaware corporation;

Plaintiff,

vs.

KJMM, INC., a Colorado Corporation;
WILSHIRE STATE BANK, a California corporation; and
CHOE & SON, LLC, a limited liability company,

Defendants.

---

**ORDER DISMISSING DEFENDANT WILSHIRE STATE BANK WITHOUT PREJUDICE**

---

THIS MATTER is before the Court on Plaintiff Choice Hotels International, Inc., and Defendant Wilshire State Bank's Joint Stipulation for Dismissal Without Prejudice As To Defendant Wilshire State Bank, filed pursuant to Fed. R. Civ. P. 41(a). After a careful review of the stipulation, it is

ORDERED that the Stipulation of Dismissal of Wilshire State Bank Without Prejudice is APPROVED, and Defendant Wilshire State Bank is DISMISSED WITHOUT PREJUDICE, each party to pay its own costs and attorney's fees.

Dated: November 30th, 2011

2

BY THE COURT

*[signature: Brooke Jackson]*

_____
United States District Judge