IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01873-PAB-KLM

CHOICE HOTELS INTERNATIONAL, INC., a Delaware Corporation,

Plaintiff,

v.

KJMM, INC., a Colorado Corporation; WILSHIRE STATE BANK, a California Corporation; and CHOE & SON, LLC, a Limited Liability Company,

Defendants.

## ORDER OF JUDGMENT AGAINST DEFENDANT CHOE & SON, LLC

It appearing from the records in this action that Default has been properly entered as against Defendant CHOE & SON, LLC ("Choe & Son"), and based on the findings of this Court as set forth at the hearing on the Motion for Default Judgment of Plaintiff CHOICE HOTELS INTERNATIONAL, INC. ("Plaintiff") (Doc. 57), as set forth in this Court's Minute Order (Doc. 62), judgment shall be entered against Choe & Son and in favor of Plaintiff, as follows:

Actual damages in the amount of $12,905, plus pre-judgment interest thereon at the rate of 0.27% for the period from August 10, 2010 through February 23, 2012, thus totaling and additional $53.70 in such interest.

Based on a finding of Choe & Son's willfulness, the actual damages shall be trebled to three times the amount, totaling $38,715.00, and post judgment interest at the legal rate shall accrue thereon from February 24, 2012, pursuant to 28 U.S.C. 1961.

Costs are awarded to Plaintiff in the amount of $1,138.00.

Thus, totally monetary judgment, as of February 23, 2012 and before post-judgment interest, is **$45,223**.

Further, a permanent injunction is hereby issued as against Choe & Son as follows: Choe & Son, along with its agents, employees, servants, representatives, and attorneys, and all those in active concert or participation with them, be preliminarily, permanently, and forever enjoined from using any of the marks in the QUALITY® family of marks, or contributing to any such use, as defined in and attached to the Complaint (Docs. 1 and 1-1, Exhibits 1-15), and any mark(s) confusingly similar thereto or derivative thereof, including but not necessarily limited to, the marks appearing in:

- United States Trademark Registration No. 1,050,372 (hereinafter "the '372 Registration") for the mark QUALITY;

- United States Trademark Registration No. 1,183,294 (hereinafter "the '294 Registration") for the mark QUALITY INN;

- United States Trademark Registration No. 1,534,820 (hereinafter "the '820 Registration") for the mark QUALITY HOTEL;

- United States Trademark Registration No. 1,699,581 (hereinafter "the '581 Registration") for the mark QUALITY SUITES;

- United States Trademark Registration No. 1,769,488 (hereinafter "the '488 Registration") for the mark QUALITY RESORT;

- United States Trademark Registration No. 2,729,999 (hereinafter "the '999 Registration") for the mark Q QUALITY INN + Design;

- United States Trademark Registration No. 2,946,054 (hereinafter "the '054 Registration") for the mark Q QUALITY + Design;

- United States Trademark Registration No. 3,448,436 (hereinafter "the '436 Registration") for the mark QUALITY INN & SUITES;

- United States Trademark Registration No. 3,448,437 (hereinafter "the '437 Registration") for the mark Q QUALITY INN & SUITES + Design;

- United States Trademark Registration No. 3,053,888 (hereinafter "the '888 Registration") for the mark QUALITY SUITES;

- United States Trademark Registration No. 2,732,875 (hereinafter "the '875 Registration") for the mark Q QUALITY SUITES + Design;

- United States Trademark Registration No. 3,435,885 (hereinafter "the '885 Registration") for the mark Q QUALITY + Design;

- United States Trademark Registration No. 3,569,789 (hereinafter "the '789 Registration") for the mark Q QUALITY HOTEL + Design; and.

- United States Trademark Registration No. 3,837,912 (hereinafter "the '912 Registration") for the mark Q.

Choe & Son is further directed to return to Plaintiff or destroy any real or tangible property in its possession that bears one or more of any of the above-referenced trademarks, and provide written confirmation of same.

JUDGMENT AGAINST CHOE & SON IS SO ENTERED.

DATED: February 27, 2012        By: _____
                                    Hon. R. Brooke Jackson, Judge
                                    U.S. District Court, District of Colorado