IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-01873-RBJ-KLM

CHOICE HOTELS INTERNATIONAL, INC., a Delaware Corporation,

Plaintiff,

v.

KJMM, INC., a Colorado Corporation; WILSHIRE STATE BANK, a California Corporation; and CHOE & SON, LLC, a Limited Liability Company,

Defendants.

## STIPULATED JUDGMENT FOR PERMANENT INJUNCTION

### Permanent Injunction

Defendant KJMM, Inc. ("KJMM" or "Defendant"), along with its agents, employees, officers, and representatives, and all those in active concert or participation with them, are permanently, and forever enjoined from using any of the following trademarks, and any mark(s) confusingly similar thereto or derivative thereof, without the prior and uninterrupted consent of plaintiff CHOICE HOTELS INTERNATIONAL, INC. ("Choice" or "Plaintiff"):

- United States Trademark Registration Nos. 0,886,881.
- United States Trademark Registration No. 1,050,372.
- United States Trademark Registration No. 1,183,294.
- United States Trademark Registration No. 1,534,820.
- United States Trademark Registration No. 1,699,581.
- United States Trademark Registration No. 1,769,488.
- United States Trademark Registration No. 2,729,999.
- United States Trademark Registration No. 2,946,054.

- United States Trademark Registration No. 3,448,436.
- United States Trademark Registration No. 3,448,437.
- United States Trademark Registration No. 3,053,888.
- United States Trademark Registration No. 2,732,875.
- United States Trademark Registration No. 3,435,885.
- United States Trademark Registration No. 3,569,789.
- United States Trademark Registration No. 3,837,912.

Defendant is further directed to return to Plaintiff or destroy any real or tangible property in its possession that bears one or more of any of the above-referenced trademarks.

## Costs

Plaintiff and Defendant shall each bear their own costs of suit relative to the claims asserted against KJMM in the above-captioned matter.

DATED this 29th day of February, 2012.

BY THE COURT:

_____
United States District Judge